**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 2, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-18-01001-CV**

---

**IN RE BROOKLYN SWEEPS, INCORPORATED AND KAYLA ADAMS, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-45577A**

---

## MEMORANDUM OPINION

On November 19, 2018, relators Brooklyn Sweeps, Incorporated and Kayla Adams filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 ( Supp.); *see also* Tex. R. App. P. 52. In the petition, relators ask this court

to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to rule on relators' motion to dissolve the writ of garnishment (the "Motion").

On December 4, 2018, the court issued an order requesting relators to notify this court as to whether Judge Weiman rules or fails to rule on the Motion within ten days after relators have notified Judge Weiman of the remand of the main case and requested a ruling on the Motion.

On February 18, 2019, relators filed a status report with this court, stating "Relators will submit a request to the trial court this week to dissolve the writ and will file an updated status report with this Court advising of the outcome." No updated status report was filed.

On April 12, 2019, the court sent a letter to relators, requesting a status report as to whether Judge Weiman has ruled on the Motion, and stating, "[s]hould relators fail to provide such status report by April 19, 2019, this court will assume that the trial court has ruled and will proceed to dismiss relators' petition for writ of mandamus as moot." Because relator did not provide such status report, we dismiss relators' petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.

2